UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANGELA YUSUPOVA-MILLEVOI, et al.,
                Plaintiff(s)

           24 civ 830 (JGK)

    -against-

KINGYUM TRANSPORTS, LLC, et al.,
                Defendant(s).
------------------------------------------------------------X

## ORDER

This parties shall submit a Rule 26(f) statement by **February 29, 2024.**

**SO ORDERED.**

                                              **JOHN G. KOELTL**
                                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        February 14, 2024