```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
--------------------------------------
ANGELA YUSUPOVA-MILLEVOI, ET AL.,        24-cv-830 (JGK)

                Plaintiffs,        ORDER

      - against -

KINGYUM TRANSPORTS LLC, ET AL.,

                Defendants.
--------------------------------------

**JOHN G. KOELTL**, District Judge:

    The defendants should file a statement by **March 18, 2024**, listing the citizenship of each member of Kingyum Transports LLC, to assure that there is complete diversity of citizenship. See Jean-Louis v. Carrington Mortg. Servs., LLC, 849 F. App'x 296, 298 (2d Cir. 2021) ("For purposes of diversity jurisdiction, a limited liability company has the citizenship of its members.").

**SO ORDERED.**

Dated:    New York, New York
           March 11, 2024

                                      /s/ John G. Koeltl
                                          John G. Koeltl
                                    United States District Judge