```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ANGELA YUSUPOVA-MILLEVOI, ET AL.,

       Plaintiffs,

    - against -

KINGYUM TRANSPORTS, LLC, ET AL.,

       Defendants.

24-cv-830 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to appear, by phone, for a conference on **February 19, 2025**, at **11:30 a.m.**

Dial-in: 646-453-4442, with access code 675 278 33#.

SO ORDERED.

Dated:    New York, New York
           February 10, 2025

                                              John G. Koeltl
                                     United States District Judge