```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------

ANGELA YUSUPOVA-MILLEVOI, ET AL.,
               Plaintiff,        24-cv-830 (JGK)

    - against -                ORDER

KINGYUM TRANSPORTS LLC, ET AL.,
               Defendants.

-----------------------------------------

**JOHN G. KOELTL, District Judge:**

    The parties have represented that they are in the process of considering private mediation. The parties are directed to proceed with private mediation or with mediation by the court panel and to advise the court which of the two the parties prefer promptly. The case is stayed pending mediation.

    The parties should advise the court of the status of the case within 7 days of the completion of mediation. If the parties have not settled the case, then the parties should proceed with their cross motions for summary judgment within 21 days of the completion of mediation. Responses will be due 21 days after motions for summary judgment. Replies will be due 14 days after the responses.

SO ORDERED.
Dated:    New York, New York
           February 19, 2025

                                          John G. Koeltl
                                 United States District Judge