UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANGELA YUSUPOVA-MILLEVOI, ET AL.,

          Plaintiffs,          24-cv-830 (JGK)

    - against -                    ORDER

KINGYUM TRANSPORTS LLC, ET AL.,

          Defendants.

---

JOHN G. KOELTL, District Judge:

    The defendants need not file a pre-motion letter with respect to the proposed motion for summary judgment.

SO ORDERED.
Dated:    New York, New York
          May 5, 2025

                                      _____
                                        John G. Koeltl
                                United States District Judge