```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────

ANGELA YUSUPOVA-MILLEVOI, ET AL.,
                Plaintiffs,              24-cv-830 (JGK)

     - against -                         ORDER

KINGYUM TRANSPORTS LLC, ET AL.,
                Defendants.
───────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

By Order dated April 28, 2025, the Court referred this case to Magistrate Judge Gary Stein.

The parties should discuss whether they are willing to consent to conducting a jury trial before the Magistrate Judge on the issue of damages. The parties should advise the Court of whether they consent to proceed before the Magistrate Judge by **June 18, 2025.**

If both parties consent to proceed before the Magistrate Judge, they should file a letter with the Court, with an attached fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, the blank form for which is attached to this Order (and also available at: https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge). If the Court approves that form, all further proceedings will then be conducted before the assigned Magistrate Judge rather than before this Court. Any appeal would

be taken directly to the United States Court of Appeals for the Second Circuit.

If either party does not consent to conducting all further proceedings before the assigned Magistrate Judge, the parties shall file a letter advising the Court that the parties do not consent, but without disclosing the identity of the party or parties who do not consent. <u>The parties are free to withhold consent without negative consequences.</u>

**SO ORDERED.**
**Dated:    New York, New York**
**           June 3, 2025**

                                                           **/s/ John G. Koeltl**
                                                         **John G. Koeltl**
                                      **United States District Judge**

AO 85 (Rev. 02/17) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |
|---|---|
| *Plaintiff*<br>v.<br>*Defendant* | )<br>)<br>) Civil Action No.<br>)<br>) |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**Reference Order**

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.