UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ANGELA YUSUPOVA-MILLEVOI, ET AL., | 24-cv-830 (JGK) |
| Plaintiffs, | ORDER |
| - against - | |
| KINGYUM TRANSPORTS LLC, ET AL., | |
| Defendants. | |

---

JOHN G. KOELTL, District Judge:

The defendants are directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion for summary judgment. See ECF No. 32.

SO ORDERED.

Dated: New York, New York
August 4, 2025

John G. Koeltl
United States District Judge