UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————

ANGELA YUSUPOVA-MILLEVOI AND JEREMY
J. SEIDEL,                                              24-cv-830 (JGK)

                              Plaintiffs,          ORDER
              - against -

KINGYUM TRANSPORTS LLC AND KERNADO
O. THOMAS,

                              Defendants.

———————————————————————————

JOHN G. KOELTL, District Judge:

     For the reasons stated on the record at the hearing held today, the defendants' motion for summary judgment is **denied.**

     The parties' joint pre-trial order is due **April 27, 2026.** Voir dire requests, requests to charge, and motions in limine are due **April 27, 2026.** Responses and objections are due **May 4, 2026.** The parties should be ready for trial on 48 hours' notice beginning **May 18, 2026.**

     The Clerk is respectfully requested to close ECF No. 32.

SO ORDERED.

Dated:     New York, New York
           March 13, 2026

                                        _____
                                              John G. Koeltl
                                        United States District Judge