**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ANGELA YUSUPOVA-MILLEVOI, *et al.,*

                                    Plaintiffs,                    **24 Civ. No. 00830 (JGK) (GS)**

                    -against-                                      **PRE-SETTLEMENT**
                                                                  **CONFERENCE ORDER**

KINGYUM  TRANSPORTS LLC, *et al.,*

                                    Defendants.
-----------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

          This action is scheduled for a Pre-Settlement Conference Call on **Wednesday, April 8, 2026 at 11:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 577 651 569#.**  Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

          **SO ORDERED.**

DATED:      New York, New York
            March 24, 2026

                                                  _____
                                                  The Honorable Gary Stein
                                                  United States Magistrate Judge